UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


DAWN L. HUNTLEY

v.  CA 10-201 ML

STATE OF RHODE ISLAND, et al.

ORDER

This matter is before the Court on Defendants' Motion to Dismiss. Plaintiff has not filed an opposition to the Motion and the time for doing so has passed.

The Court, therefore, GRANTS the Motion to Dismiss.


SO ORDERED:

_____
Mary M. Lisi
Chief United States District Judge
October 4, 2010