UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**Dawn L. Huntley**

    **Vs.**　　　　　　　　　　　　　　**C.A. No. 10-201ML**

**State of Rhode Island,
Patrick Lynch, Individually and in
his official capacity and the RI
Attorney Gneral's Office**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendants, State of Rhode Island, Patrick Lynch and the RI Attorney General's Office, against the plaintiff, Dawn L. Huntley, pursuant to the Order dated October 4, 2010 GRANTING Defendants' Motion to Dismiss.**

Enter:

*Barbara Barlotta*
Deputy Clerk

DATED: October 4, 2010